IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -v-                                                           25-MJ-650

MOISES ORDUNA-RIOS and RAQUEL ORDUNA-RIOS,

                Defendants.

## GOVERNMENT'S MOTION TO SEAL

**THE UNITED STATES OF AMERICA**, by and through its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, and Meghan K. McGuire, Assistant United States Attorney, of counsel, hereby moves the Court for an Order permitting the filing of this motion, the above-referenced criminal complaint and associated documents, including the affidavit, under seal. The government requests the Court seal the documents for 60 days due to the sensitive law enforcement information therein.

Dated: Rochester, New York, November 12, 2025

                                                  MICHAEL DiGIACOMO
                                                United States Attorney
                                                Western District of New York

                                                s/*Meghan K. McGuire*
                        BY:   MEGHAN K. McGUIRE
                                                Assistant U.S. Attorney
                                                100 State Street, Suite 500
                                                Rochester, New York 14614
                                                585-399-3922
                                                Meghan.McGuire@usdoj.gov