UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                                                                           25-MJ-650 MJP

MOISES ORDUNA-RIOS and RAQUEL ORDUNA-RIOS,

                Defendants.

## GOVERNMENT'S MOTION TO UNSEAL THE COMPLAINT AND AFFIDAVIT

The United States of America, by and through its attorneys, Michael DiGiacomo, United States Attorney for the Western District of New York and Meghan K. McGuire, Assistant United States Attorney, of counsel, hereby moves this Court for an Order unsealing the complaint and affidavit filed in this matter.

This Court previously sealed the complaint and accompanying affidavit due to law enforcement concerns regarding possible compromise of an ongoing investigation pending the defendant's arrest. The defendants MOISES ORDUNA-RIOS and RAQUEL ORDUNA-RIOS have now been arrested and, as such, there is no reason to continue to seal the complaint and supporting affidavit.

For the reasons stated above, the government respectfully requests that the Court direct that the complaint and supporting affidavit in this case be unsealed.

Dated: Rochester, New York, November 18, 2025.

                                               MICHAEL DIGIACOMO
                                               United States Attorney

                BY:     s/MEGHAN K. MCGUIRE
                                               Assistant United States Attorney
                                               United States Attorney's Office
                                               100 State Street, Suite 500
                                               Rochester, New York 14614
                                               Tel. (585)263-6760
                                               Meghan.McGuire@usdoj.gov