UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                                        25-MJ-650 MJP

MOISES ORDUNA-RIOS and RAQUEL ORDUNA-RIOS,

                      Defendants.

### ORDER

Upon the application of the United States;

**IT IS HEREBY ORDERED**, that the criminal complaint and supporting affidavit and all related attachments are unsealed.

DATED:    Rochester, New York

             November 18, 2025

_____
HON. MARK W. PEDERSEN
United States Magistrate Judge